UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER MILTON WAYNE BOSARGE,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>CLYDE BROWN,<br><br>　　　　　　　Defendants. | Case No. C21-5210 JHC-TLF<br><br>REPORT AND RECOMMENDATION<br><br>NOTING DATE: AUGUST 5, 2022 |

　　　　On April 1, 2021, plaintiff filed a Motion for Leave to Proceed In Forma Pauperis (Dkt. 4), with respect to his proposed civil rights complaint (Dkt. 9). The Court granted plaintiff's motion. Dkt. 8. Screening plaintiff's complaint, the Court ordered plaintiff to show cause why the complaint should not be dismissed for failure to state a claim. Dkt. 11. The Court informed plaintiff that as to his proposed Fourteenth Amendment claim, he failed to state a cause of action because he did not specify how defendant's actions implicated plaintiff's identification as a member of a protected class. *Id.* at 4. As to plaintiff's proposed Eighth Amendment claim, the Court informed plaintiff that he did not allege a "serious harm or an offensive condition" as required to establish an Eighth Amendment claim. *Id.* at 5.

　　　　The deadline for plaintiff's response to the order to show cause was set for April 7, 2022. The order to show cause was inadvertently mailed to plaintiff's former address and plaintiff properly notified the Court of his updated address (Dkt. 10). Then, the Court

REPORT AND RECOMMENDATION - 1

extended plaintiff's deadline to respond -- to June 24, 2022 – and this was mailed to plaintiff's updated address. Dkt. 14, 15. Plaintiff has not responded to the Court's order to show cause. Accordingly, the undersigned recommends that the Court DISMISS the complaint without prejudice for failure to prosecute.

Plaintiff has **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time limitation, this matter shall be set for consideration on **August 5, 2022**, as noted in the caption.

Dated this 19th day of July, 2022.

Theresa L. Fricke
United States Magistrate Judge