UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER MILTON WAYNE BOSARGE,<br><br>               Plaintiff,<br>  v.<br><br>CLYDE BROWN,<br><br>               Defendants. | Case No. C21-5210 JHC-TLF<br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    the Court adopts the Report and Recommendation;

(2)    Plaintiff's complaint is dismissed without prejudice for failure to prosecute; and

(3)    Plaintiff may proceed *in forma pauperis* on appeal.

Dated this 8th day of August, 2022.

*John H. Chun*
John H. Chun
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1